IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CHRIST, | No. C 11-1764 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| J. HARTLEY, | (Docket No. 12) |
| Defendant. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the California State Prison in Avenal, California. The case was filed in state court and defendant J. Hartley removed it to federal court because the complaint asserted a violation of federal law. Defendant is located at Avenal, where the events that give rise to plaintiff's claims are alleged to have taken place. Avenal is located within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a).

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: April   26  , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\CHRIST1764.TRN.wpd