Case 3:11-cv-01304-WHA   Document 17   Filed 04/28/11   Page 1 of 1

FILED

APR 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing
4·28 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CHRIST, | No. C 11-1304 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| S. McGREW, | (Docket No. 12) |
| Defendant. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the California State Prison in Avenal, California. The case was filed in state court and defendant B. Weiglein removed it to federal court because the complaint asserted a violation of federal law. Defendant is located at the California State Prison in Solano, California, where the events that give rise to plaintiff's claims are alleged to have taken place. Both Solano and Avenal are located within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on plaintiff's motion for permission to correspond with other inmates (docket number 12) is deferred to the Eastern District.

The clerk shall transfer this matter forthwith, and terminate docket number 12.

**IT IS SO ORDERED.**

Dated: April ___, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\CHRIST1304.TRN.wpd